942 A.2d 893

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Dexter PITTS, Respondent.**

Supreme Court of Pennsylvania.

Feb. 13, 2008.

## *ORDER*

PER CURIAM.

**AND NOW,** this 13th day of February, 2008, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by petitioner, is:

> Did the Superior Court err in creating new *Turner* requirements *sua sponte* in finding counsel's letter defective for failing to address issues that [respondent] never raised and that were not apparent from the record?